IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO.  13-10049TPA |
| | : | |
| MICHAEL SCOTT SKINNER and ALICIA | : | |
| KAY SKINNER, his wife | : | HON. THOMAS P. AGRESTI |
| Debtors | : | |
| | : | |
| M&T BANK, | : | CHAPTER 13 |
| Movant | : | |
| | : | RELATED TO CLAIM NO. 8 |
| v. | : | |
| | : | |
| MICHAEL SCOTT SKINNER and ALICIA | : | |
| KAY SKINNER, his wife; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13, | : | |
| Respondents | : | |

<u>DECLARATION</u>

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded

and that there is no need to file an amended Chapter 13 Plan.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.

By:      /s/Michael S. JanJanin
         Michael S. Jan Janin, Esq.
         Pa. I.D. No. 38880
         2222 West Grandview Boulevard
         Erie, PA 16506-4508
         Phone:  (814) 833-2222, Ext. 1045
         Phone:  (814) 314-1051 (Direct)
         Fax:  (814) 833-6753
         Email:  mjanjanin@quinnfirm.com
#1011094      Attorneys for Debtors, Michael Scott Skinner and Alicia
         Kay Skinner

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO.  13-10049TPA |
| | : | |
| MICHAEL SCOTT SKINNER and ALICIA | : | |
| KAY SKINNER, his wife | : | HON. THOMAS P. AGRESTI |
| Debtors | : | |
| | : | |
| M&T BANK, | : | CHAPTER 13 |
| Movant | : | |
| | : | RELATED TO CLAIM NO. 8 |
| v. | : | |
| | : | |
| MICHAEL SCOTT SKINNER and ALICIA | : | |
| KAY SKINNER, his wife; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13, | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 14, 2016.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: _____ Electronic Notification _____.

Ronda Winnecour, Esquire, Chapter 13 Trustee
**Via the CM/ECF system - cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: December 14, 2016

By:      /s/Michael S. JanJanin_____
          Signature

          Michael S. Jan Janin, Esq._____
          Typed Name

          2222 W. Grandview Blvd., Erie, PA 16506-4508_____
          Address

          (814) 833-2222 ext. 1045_____
          Phone No.

          PA ID #38880_____
          List Bar I.D. and State of Admission