**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michael Scott Skinner** | : | Case No. 13−10049−TPA |
| **Alicia Kay Skinner** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| M&T Bank | : | |
| *Movant,* | : | Related to Claim No. 8 |
| | : | |
| v. | : | |
| Michael Scott Skinner | : | |
| Alicia Kay Skinner | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this **12th day of December, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *M&T Bank* at Claim No. 8 in the above−captioned bankruptcy case,

It is hereby *ORDERED* that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael Scott Skinner
Alicia Kay Skinner
      Debtors

Case No. 13-10049-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Dec 12, 2016
                     Form ID: 237     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.
db          +Michael Scott Skinner,    8807 Kirsch Rd.,    Erie, PA 16510-5017
jdb         #+Alicia Kay Skinner,    8807 Kirsch Rd.,    Erie, PA 16510-5017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
       Celine P. DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
       James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
       Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
       Kevin T. McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
       Marisa Myers Cohen    on behalf of Creditor    M&T Bank mcohen@mwc-law.com
       Michael S. Jan Janin    on behalf of Joint Debtor Alicia Kay Skinner mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
       Michael S. Jan Janin    on behalf of Debtor Michael Scott Skinner mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                TOTAL: 12