FILED
12/12/16 8:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-10049TPA |
| MICHAEL SCOTT SKINNER and ALICIA KAY SKINNER, his wife, | : | |
| | : | THE HONORABLE THOMAS P. AGRESTI |
| Debtors. | : | |
| | : | CHAPTER 13 |
| MICHAEL SCOTT SKINNER, | : | |
| Movant, | : | |
| v. | : | RELATED TO DOCUMENT NO. __91__ |
| | : | |
| ROBERTS TRUCKING, | : | |
| Respondent. | : | |

**THIRD AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

ROBERTS TRUCKING
ATTN: PAYROLL DEPARTMENT
5501 ROUTE 98
NORTH EAST, PA 16428

shall deduct from that income the sum of **$371.00 WEEKLY**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D.PA.
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this __12th__ day of December, 2016

_____
United States Bankruptcy Judge

ljm

**PAWB Local Form 11 (07/13)**

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

#1010326

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael Scott Skinner
Alicia Kay Skinner
      Debtors

Case No. 13-10049-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy                 Page 1 of 1                  Date Rcvd: Dec 12, 2016
                              Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.
db            +Michael Scott Skinner,   8807 Kirsch Rd.,   Erie, PA 16510-5017
jdb          #+Alicia Kay Skinner,   8807 Kirsch Rd.,   Erie, PA 16510-5017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
      Celine P. DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
      James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      Kevin T. McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
      Marisa Myers Cohen    on behalf of Creditor    M&T Bank mcohen@mwc-law.com
      Michael S. Jan Janin    on behalf of Joint Debtor Alicia Kay Skinner mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
      Michael S. Jan Janin    on behalf of Debtor Michael Scott Skinner mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                     TOTAL: 12