IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY NO. 13-10049TPA |
| | : | |
| MICHAEL SCOTT SKINNER and ALICIA KAY SKINNER, his wife, | : | THE HON. THOMAS P. AGRESTI |
| Debtors | : | CHAPTER 13 |
| | : | |
| MICHAEL SCOTT SKINNER, | : | DATE AND TIME OF HEARING: |
| Movant | : | Wednesday, April 26, 2017 at 9:30 a.m. |
| | : | |
| v. | : | RESPONSES DUE: |
| | : | April 1, 2017 |
| NO RESPONDENT | : | |
| | : | RELATED TO DOUCMENT NO. 98 |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO TERMINATE MICHAEL SKINNER'S PRIOR WAGE ORDER
## (Document No. 98)

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Terminate Michael Skinner's Prior Wage Order filed March 15, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than April 1, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 3, 2017

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.


BY:    /s/Michael S. JanJanin
        Michael S. JanJanin, Esquire
        PA Id. No. 38880
        The Quinn Law Firm
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail: mjanjanin@quinnfirm.com
        Counsel for Debtors

#1036501