FILED
4/4/17 1:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY NO. 13-10049TPA |
| | : | |
| MICHAEL SCOTT SKINNER and ALICIA KAY SKINNER, his wife, | : | THE HON. THOMAS P. AGRESTI |
| Debtors | : | CHAPTER 13 |
| | : | |
| MICHAEL SCOTT SKINNER, | : | RELATED TO DOCUMENT NO. 98 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

ORDER

AND NOW, to-wit, this __4th__ day of __April__, 2017, upon consideration of the Motion to Terminate Michael Skinner's Prior Wage Order filed by the Debtor, Michael Skinner, and it further appearing that a new Wage Order has been entered and following a hearing held in this matter, it is hereby ORDERED ADJUDGED AND DECREED that the prior Wage Order dated March 15, 2015 with Indian River Transport is TERMINATED because the Debtor no longer works there.

_____
The Hon. Thomas P. Agresti       vas
United States Bankruptcy Judge

#1036079

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 13-10049-TPA
Michael Scott Skinner                                                        Chapter 13
Alicia Kay Skinner
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 1           Date Rcvd: Apr 04, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2017.
db          +Michael Scott Skinner,   8807 Kirsch Rd.,   Erie, PA 16510-5017
jdb        #+Alicia Kay Skinner,   8807 Kirsch Rd.,   Erie, PA 16510-5017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank mcohen@mwc-law.com
              Michael S. Jan Janin    on behalf of Joint Debtor Alicia Kay Skinner mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Michael S. Jan Janin    on behalf of Debtor Michael Scott Skinner mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13