IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 13-10049TPA |
| Michael Scott Skinner | ) | |
| Alicia Kay Skinner | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
| | ) | |
|     Vs. | ) | |
| Michael Scott Skinner | ) | |
| Alicia Kay Skinner | ) | |
|     Respondent | ) | |

AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the Motion with attached proposed Order of Court and Notice of Hearing upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Michael and Alicia Skinner
8807 Kirsch Road
Erie PA 16510

Michael S. Jan Janin, Esquire
2222 West Grandview Blvd
Erie PA 16506

| | |
|---|---|
| 4-19-2018 | /S/ Dianne DeFoor____ |
| Date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |