UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :
MICHAEL SCOTT SKINNER and : BANKRUPTCY NO.  13-10049 TPA
ALICIA KAY SKINNER, :
    Debtors. : THE HONORABLE THOMAS P. AGRESTI
:
: CHAPTER 13
MICHAEL SCOTT SKINNER and :
ALICIA KAY SKINNNER, :
    Movants, :
:
    vs. :

NO RESPONDENT.

## NOTICE OF CHANGE OF ADDRESS

Please take note that the following addresses have changed:

| Undeliverable Address | Correct Address |
| --- | --- |
| Michael Scott Skinner<br>8807 Kirsch Road<br>Erie, PA 16510 | Michael Scott Skinner<br>P.O. Box 10034<br>Erie, PA 16514 |

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin

Dated:  May 9, 2018

Michael S. JanJanin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Counsel for Debtors

Document No. 1131154