UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| MICHAEL SCOTT SKINNER and : | BANKRUPTCY NO. 13-10049 TPA |
| ALICIA KAY SKINNER, : | |
|     Debtors. : | THE HONORABLE THOMAS P. AGRESTI |
| : | |
| : | CHAPTER 13 |
| MICHAEL SCOTT SKINNER and : | |
| ALICIA KAY SKINNNER, : | |
|     Movants, : | |
| : | |
|     vs. : | |
| NO RESPONDENT. | |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Alicia Kay Skinner<br>8807 Kirsch Road<br>Erie, PA 16510 | Alicia Kay Skinner<br>8559 Kirsch Road<br>Erie, PA 16510 |

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:  /s/Michael S. JanJanin

Dated: May 30, 2018

Michael S. JanJanin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Counsel for Debtors

Document No. 1134647