FILED
6/1/18 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        Case No.:   13-10049-TPA
                                          :
Michael Scott Skinner                     :        Chapter:    13
Alicia Kay Skinner                        :
                    *Debtor(s).*          :
                                          :        Date:       5/30/2018
                                          :        Time:       10:00

### PROCEEDING MEMO

**MATTER:**        #109 Motion to Dismiss Case (Tee)
                   #113 Resp. by Debtors

**APPEARANCES:**
                   Debtor:        Michael S. Jan Janin
                   Trustee:       Ronda J. Winnecour

**NOTES:**

Winnecour:         Debtor paid sufficient funds, withdraw motion.

**OUTCOME:**       Oral Motion to withdraw is GRANTED / MOE

vas