FILED
6/1/18 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 13-10049TPA |
| Michael Scott Skinner | ) | |
| Alicia Kay Skinner | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc #  109 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| Michael Scott Skinner | ) | |
| Alicia Kay Skinner | ) | |
|     Respondent | ) | |

**ORDER**

AND NOW, this  30th  day of _____May_____, 2018, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice.  The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then t is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated.  So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed.  However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.   The Clerk shall give notice to all creditors of this dismissal.

D.   Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

1

  E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed.  This bankruptcy case no longer prevents collection efforts or lawsuits.  Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect.   Generally, a creditor's lawsuit must be filed by the later of:

   (1) the time deadline provided by state law; or

   (2) 30 days after the date of this notice.

☐ The case is not dismissed.   The plan term is extended to a total of _____ months; the monthly plan payment amount is changed to $_____ effective _____.

☐ This is not dismissed at this time.   However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____WITH / ____ WITHOUT prejudice, without further notice or hearing.

☐ Continued, generally to _____ (date)

   ____ Conciliation in the Office of the Ch. 13 Trustee, Ste. 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219
   ____ Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219
   ____ Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

☐ The Debtor(s) is to take over long term continuing debt payments beginning with the payment.

☐ The total due by the Debtor to complete the Plan is $_____

☐ The case is dismissed without further notice or order unless the remaining $_____ due on the Plan base is paid on or before _____.

☒ The Oral Motion by the Trustee to withdraw the *Motion to Dismiss* is GRANTED.

☐ Other:

Dated:

                /s/ Thomas P. Agresti
                Thomas P. Agresti, Judge
                United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael Scott Skinner
Alicia Kay Skinner
　　Debtors

Case No. 13-10049-TPA
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: culy                   Page 1 of 2                  Date Rcvd: Jun 01, 2018
                              Form ID: pdf900              Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.
```
db             +Michael Scott Skinner,    P.O. Box 10034,    Erie, PA 16514-0034
jdb            +Alicia Kay Skinner,    8559 Kirsch Road,    Erie, PA 16510-5011
sp             +Catherine Doyle Moody,    Frontier Place,    1536 West Sixth Street,    Erie, PA 16505
sp             +The Family Law Group, LLC,    1536 West 6th Street,    Erie, PA 16505
13547802       +ACL,    P.O. Box 64845,    Baltimore, MD 21264-4845
13547803       +AES,    1200 N. 7th St.,    Harrisburg, PA 17102-1419
13557330       +AES/PHEAA,    P.O. Box 8183,    Harrisburg, PA 17105-8183
13568298       +AES/PHEAA,    Po Box 8147,    Harrisburg, PA 17105-8147
13547807       +CCB Credit Services,    5300 S. 6th St.,    Springfield, IL 62703-5184
13547809       +CMI Community Medicine,    c/o Convergent Healthcare Rec.,    124 SW Adams St., Ste. 215,
                 Peoria, IL 61602-2321
13625981       +CMI-Community Medicine,    Convergent Healthcare Recoveries,    P.O. Box 1289,
                 Peoria, IL 61654-1289
13547808       +Citibank,    Attn: Bankruptcy Dept.,    701 E. 60th Street North,    Sioux Falls, SD 57104-0493
13547801        Client Services Inc.,    Saint Charles, MO  63301-3236
13547810       +Computer Credit Inc.,    Claim Dept. 072657,    640 W Fourth St. P.O. Box 5238,
                 Winston Salem, NC 27113-5238
13593200        ECMC,    PO BOX 16408,    ST. PAUL, MN  55116-0408
13547814       +First Premier,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
13547816       +Hertel and Brown PT,    1337 W. 6th St.,    Erie, PA 16505-2503
13547817       +Howard Hanna Mortgage Services,    119 Gamma Dr.,    Pittsburgh, PA 15238-2902
13547818       +M&T Bank,    P.O. Box 619063,    Dallas, TX 75261-9063
13593911       +M&T Bank,    c/of Margaret Gairo, Esquire,    123 S. Broad Street, Suite 1400,
                 Philadelphia, PA 19109-1060
13547820       +Penn Credit Corp.,    916 S. 14th St.,    Harrisburg, PA 17104-3425
13547821       +Sears CBSD,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13547804       +E-mail/Text: notices@burt-law.com Jun 02 2018 02:23:17     Brit J. Suttell, Esquire,
                 1060 Andrew Dr.,    Ste. 170,    West Chester, PA 19380-5601
13547805       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2018 02:20:18     Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
13547806       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2018 02:20:32     Capital One Bank,
                 P. O. Box 30285,    Salt Lake City, UT 84130-0285
13581465        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2018 02:20:45
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13547811       +E-mail/Text: abovay@creditmanagementcompany.com Jun 02 2018 02:23:00     Credit Management Co.,
                 2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
13547812       +E-mail/Text: kthomas@eriefcu.org Jun 02 2018 02:22:28     Erie Federal Credit Union,
                 1959 E. 36th St.,    Erie, PA 16510-2663
13554873       +E-mail/Text: kthomas@eriefcu.org Jun 02 2018 02:22:28     Erie Federal Credit Union,
                 1109 East 38th Street,    Erie, PA 16504-1845
13547813       +E-mail/Text: collections@widgetfinancial.com Jun 02 2018 02:22:45     Erie General Electric,
                 Federal Credit Union,    2154 E. Lake Road,    Erie, PA 16511-1140
13547815       +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 02:20:31     GE Capital Retail Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 103106,    Roswell, GA 30076-9106
13593565        E-mail/Text: camanagement@mtb.com Jun 02 2018 02:22:20     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240
13547819       +E-mail/Text: egssupportservices@alorica.com Jun 02 2018 02:22:53     NCO Financial Systems,
                 4740 Baxter Rd.,    Virginia Beach, VA 23462-4484
13643217        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2018 02:20:20
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA  23541
13642352        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2018 02:20:33
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13567356       +E-mail/Text: csidl@sbcglobal.net Jun 02 2018 02:23:00     Premier Bankcard/Charter,    POB 2208,
                 Vacaville, CA 95696-8208
13547822       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 02 2018 02:22:44     U. S. Trustee’s Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
13547823       +E-mail/Text: BankruptcyNotice@upmc.edu Jun 02 2018 02:23:04     UPMC Hamot,    201 State Street,
                 Erie, PA 16550-0001
                                                                                              TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              M&T Bank
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
```

```
District/off: 0315-1           User: culy               Page 2 of 2                  Date Rcvd: Jun 01, 2018
                               Form ID: pdf900          Total Noticed: 38

13555525      ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd, Suite 224,     Syosset, NY 11791-3416
                                                                                          TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
              Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank mcohen@mwc-law.com
              Michael S. Jan Janin    on behalf of Joint Debtor Alicia Kay Skinner mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Michael S. Jan Janin    on behalf of Debtor Michael Scott Skinner mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```