FILED
6/28/18 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL SCOTT SKINNER<br>ALICIA KAY SKINNER<br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>MICHAEL SCOTT SKINNER<br>ALICIA KAY SKINNER<br><br>Respondents | Case No.13-10049TPA<br><br><br>Chapter 13<br><br><br>Document No. 115 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 28th day of June, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cincinnati Insurance Company
Attn: Payroll Manager
Pob 187
New Bethlehem,PA 16242

is hereby ordered to immediately terminate the attachment of the wages of ALICIA KAY SKINNER, social security number XXX-XX-9505. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ALICIA KAY SKINNER.

BY THE COURT:

vas

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael Scott Skinner
Alicia Kay Skinner
Debtors

Case No. 13-10049-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1 User: llea Page 1 of 1 Date Rcvd: Jun 28, 2018
Form ID: pdf900 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
db +Michael Scott Skinner, P.O. Box 10034, Erie, PA 16514-0034
jdb +Alicia Kay Skinner, 8559 Kirsch Road, Erie, PA 16510-5011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:
Andrew F Gornall on behalf of Creditor M&T Bank andygornall@latouflawfirm.com
Andrew F Gornall on behalf of Creditor M&T BANK andygornall@latouflawfirm.com
Ann E. Swartz on behalf of Creditor M&T Bank ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
Celine P. DerKrikorian on behalf of Creditor M&T Bank ecfmail@mwc-law.com
James Warmbrodt on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com
James Warmbrodt on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com
Joshua I. Goldman on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com
Kevin T. McQuail on behalf of Creditor M&T Bank ecfmail@mwc-law.com
Marisa Myers Cohen on behalf of Creditor M&T Bank mcohen@mwc-law.com
Michael S. Jan Janin on behalf of Joint Debtor Alicia Kay Skinner mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
Michael S. Jan Janin on behalf of Debtor Michael Scott Skinner mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
TOTAL: 13