**Form 300a**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael Scott Skinner** | : | Case No. 13−10049−TPA |
| **Alicia Kay Skinner** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 127 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/19/18 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

     ***AND NOW,*** this ***The 27th of July, 2018***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 127 , by the Chapter 13 Trustee

     It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

     (1)  ***On or before September 10, 2018***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2)  This *Motion* is scheduled for hearing on ***September 19, 2018 at 12:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

     (4)  If either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-10049-TPA
Michael Scott Skinner                                                   Chapter 13
Alicia Kay Skinner
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1              User: vson              Page 1 of 2              Date Rcvd: Jul 27, 2018
                                 Form ID: 300a           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
```
db             +Michael Scott Skinner,   P.O. Box 10034,   Erie, PA 16514-0034
jdb            +Alicia Kay Skinner,   8559 Kirsch Road,   Erie, PA 16510-5011
sp             +Catherine Doyle Moody,   Frontier Place,   1536 West Sixth Street,   Erie, PA 16505
sp             +The Family Law Group, LLC,   1536 West 6th Street,   Erie, PA 16505
13547802       +ACL,   P.O. Box 64845,   Baltimore, MD 21264-4845
13547803       +AES,   1200 N. 7th St.,   Harrisburg, PA 17102-1419
13557330       +AES/PHEAA,   P.O. Box 8183,   Harrisburg, PA 17105-8183
13568298       +AES/PHEAA,   Po Box 8147,   Harrisburg, PA 17105-8147
13547807       +CCB Credit Services,   5300 S. 6th St.,   Springfield, IL 62703-5184
13547809       +CMI Community Medicine,   c/o Convergent Healthcare Rec.,   124 SW Adams St., Ste. 215,
                Peoria, IL 61602-2321
13625981       +CMI-Community Medicine,   Convergent Healthcare Recoveries,   P.O. Box 1289,
                Peoria, IL 61654-1289
13547808       +Citibank,   Attn: Bankruptcy Dept.,   701 E. 60th Street North,   Sioux Falls, SD 57104-0493
13547801        Client Services Inc.,   Saint Charles, MO 63301-3236
13547810       +Computer Credit Inc.,   Claim Dept. 072657,   640 W Fourth St. P.O. Box 5238,
                Winston Salem, NC 27113-5238
13593200        ECMC,   PO BOX 16408,   ST. PAUL, MN  55116-0408
13547814       +First Premier,   P.O. Box 5524,   Sioux Falls, SD 57117-5524
13547816       +Hertel and Brown PT,   1337 W. 6th St.,   Erie, PA 16505-2503
13547817       +Howard Hanna Mortgage Services,   119 Gamma Dr.,   Pittsburgh, PA 15238-2902
13593911       +M&T Bank,   c/of Margaret Gairo, Esquire,   123 S. Broad Street, Suite 1400,
                Philadelphia, PA 19109-1060
13547818       +M&T Bank,   P.O. Box 619063,   Dallas, TX 75261-9063
13547820       #+Penn Credit Corp.,   916 S. 14th St.,   Harrisburg, PA 17104-3425
13547821       +Sears CBSD,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13547804       +E-mail/Text: notices@burt-law.com Jul 28 2018 02:33:22     Brit J. Suttell, Esquire,
                1060 Andrew Dr.,   Ste. 170,   West Chester, PA 19380-5601
13547805       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2018 02:38:16     Capital One,
                P.O. Box 30285,   Salt Lake City, UT 84130-0285
13547806       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2018 02:39:36     Capital One Bank,
                P. O. Box 30285,   Salt Lake City, UT 84130-0285
13581465        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2018 02:39:36
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13547811       +E-mail/Text: abovay@creditmanagementcompany.com Jul 28 2018 02:32:46     Credit Management Co.,
                2121 Noblestown Rd.,   Pittsburgh, PA 15205-3956
13547812       +E-mail/Text: kthomas@eriefcu.org Jul 28 2018 02:31:39     Erie Federal Credit Union,
                1959 E. 36th St.,   Erie, PA 16510-2663
13554873       +E-mail/Text: kthomas@eriefcu.org Jul 28 2018 02:31:39     Erie Federal Credit Union,
                1109 East 38th Street,   Erie, PA 16504-1845
13547813       +E-mail/Text: collections@widgetfinancial.com Jul 28 2018 02:32:11     Erie General Electric,
                Federal Credit Union,   2154 E. Lake Road,   Erie, PA 16511-1140
13547815       +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 02:39:30     GE Capital Retail Bank,
                Attn: Bankruptcy Dept.,   P.O. Box 103106,   Roswell, GA 30076-9106
13593565        E-mail/Text: camanagement@mtb.com Jul 28 2018 02:31:29     M&T Bank,   P.O. Box 1288,
                Buffalo, NY 14240
13547819       +E-mail/Text: egssupportservices@alorica.com Jul 28 2018 02:32:29     NCO Financial Systems,
                4740 Baxter Rd.,   Virginia Beach, VA 23462-4484
13643217        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:51:07
                Portfolio Recovery Associates LLC,   P.O. Box 41067,   Norfolk, VA  23541
13642352        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:39:42
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13567356       +E-mail/Text: csidl@sbcglobal.net Jul 28 2018 02:32:47     Premier Bankcard/Charter,   POB 2208,
                Vacaville, CA 95696-8208
13547822       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 28 2018 02:32:09     U. S. Trustee's Office,
                1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
13547823       +E-mail/Text: BankruptcyNotice@upmc.edu Jul 28 2018 02:32:59     UPMC Hamot,   201 State Street,
                Erie, PA 16550-0001
                                                                                        TOTAL: 16

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              M&T Bank
cr*            +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
```

```
District/off: 0315-1          User: vson              Page 2 of 2          Date Rcvd: Jul 27, 2018
                             Form ID: 300a            Total Noticed: 38
```

```
13555525    ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                         TOTALS: 2, * 2, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
          Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
          Celine P. DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
          James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Kevin T. McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
          Marisa Myers Cohen    on behalf of Creditor    M&T Bank mcohen@mwc-law.com
          Michael S. Jan Janin    on behalf of Joint Debtor Alicia Kay Skinner mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
          Michael S. Jan Janin    on behalf of Debtor Michael Scott Skinner mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 13
```