**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MICHAEL SCOTT SKINNER <br> ALICIA KAY SKINNER <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Repondents. | Case No.:13-10049 TPA <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/14/2013 and confirmed on 3/13/13 . The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 86,810.17 |
| Less Refunds to Debtor | 1,085.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,724.77 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,475.00 | |
|    Trustee Fee | 3,347.49 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,822.49 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 67,575.91 | 0.00 | 67,575.91 |
|     Acct: 0570 | | | | |
|   M & T BANK | 2,382.16 | 2,382.16 | 0.00 | 2,382.16 |
|     Acct: 0570 | | | | |
| | | | | 69,958.07 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ | 2,475.00 | 2,475.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL SCOTT SKINNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL SCOTT SKINNER | 371.00 | 371.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL SCOTT SKINNER | 714.40 | 714.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M & T BANK | 825.00 | 825.00 | 0.00 | 825.00 |
|     Acct: 0570 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 16.36 | 16.36 | 0.00 | 16.36 |
|     Acct: XXXXXXXXXXXXIONS | | | | |
| | | | | 841.36 |
| **Unsecured** | | | | |
|   ACL LABS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ECMC(*) | 3,732.46 | 1,593.46 | 0.00 | 1,593.46 |
|     Acct: 3565 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 3,573.09 | 1,525.42 | 0.00 | 1,525.42 |
|     Acct: 7475 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,695.29 | 723.75 | 0.00 | 723.75 |
|     Acct: 4964 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERI( | 746.79 | 318.82 | 0.00 | 318.82 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 0004 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4335 | | | | |
|   CMI - COMMUNITY MEDICINE | 181.29 | 77.40 | 0.00 | 77.40 |
|     Acct: 9505 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6521 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 3,864.06 | 1,649.64 | 0.00 | 1,649.64 |
|     Acct: 4823 | | | | |
|   ERIE GENERAL ELEC FCU (EGEFCU)** | 550.40 | 234.98 | 0.00 | 234.98 |
|     Acct: 2840 | | | | |
|   PREMIER BANKCARD/CHARTER | 685.77 | 292.77 | 0.00 | 292.77 |
|     Acct: 9440 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PREMIER BANKCARD/CHARTER | 494.14 | 210.96 | 0.00 | 210.96 |
|     Acct: 3427 | | | | |
|   GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3232 | | | | |
|   FERTEL AND BROWN PT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1009 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8251 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4335 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1214 | | | | |
|   HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3657 | | | | |
|   HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6529 | | | | |
|   HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2946 | | | | |
|   HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5262 | | | | |
|   RJM ACQUISITIONS LLC*++ | 38.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 6139 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 5,798.87 | 2,475.65 | 0.00 | 2,475.65 |
|     Acct: 5813 | | | | |
| | | | | 9,102.85 |

TOTAL PAID TO CREDITORS                                                               79,902.28

| TOTAL | |
|---|---|
| CLAIMED | 841.36 |
| PRIORITY | 2,382.16 |
| SECURED | 21,360.48 |

Date: 07/26/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    MICHAEL SCOTT SKINNER<br>    ALICIA KAY SKINNER<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>       vs.<br>    No Repondents. | Case No.:13-10049 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                BY THE COURT:

                                                _____
                                                U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania

In re:                                                              Case No. 13-10049-TPA
Michael Scott Skinner                                               Chapter 13
Alicia Kay Skinner
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-1          User: vson                    Page 1 of 2                  Date Rcvd: Jul 27, 2018
                              Form ID: pdf900               Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db             +Michael Scott Skinner,    P.O. Box 10034,    Erie, PA 16514-0034
jdb            +Alicia Kay Skinner,    8559 Kirsch Road,    Erie, PA 16510-5011
sp             +Catherine Doyle Moody,    Frontier Place,    1536 West Sixth Street,    Erie, PA 16505
sp             +The Family Law Group, LLC,    1536 West 6th Street,    Erie, PA 16505
13547802       +ACL,   P.O. Box 64845,    Baltimore, MD 21264-4845
13547803       +AES,   1200 N. 7th St.,    Harrisburg, PA 17102-1419
13557330       +AES/PHEAA,    P.O. Box 8183,    Harrisburg, PA 17105-8183
13568298       +AES/PHEAA,    Po Box 8147,    Harrisburg, PA 17105-8147
13547807       +CCB Credit Services,    5300 S. 6th St.,    Springfield, IL 62703-5184
13547809       +CMI Community Medicine,    c/o Convergent Healthcare Rec.,    124 SW Adams St., Ste. 215,
                 Peoria, IL 61602-2321
13625981       +CMI-Community Medicine,    Convergent Healthcare Recoveries,    P.O. Box 1289,
                 Peoria, IL 61654-1289
13547808       +Citibank,    Attn: Bankruptcy Dept.,    701 E. 60th Street North,    Sioux Falls, SD 57104-0493
13547801        Client Services Inc.,    Saint Charles, MO 63301-3236
13547810       +Computer Credit Inc.,    Claim Dept. 072657,    640 W Fourth St. P.O. Box 5238,
                 Winston Salem, NC 27113-5238
13593200        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13547814       +First Premier,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
13547816       +Hertel and Brown PT,    1337 W. 6th St.,    Erie, PA 16505-2503
13547817       +Howard Hanna Mortgage Services,    119 Gamma Dr.,    Pittsburgh, PA 15238-2902
13593911       +M&T Bank,    c/of Margaret Gairo, Esquire,    123 S. Broad Street, Suite 1400,
                 Philadelphia, PA 19109-1060
13547818       +M&T Bank,    P.O. Box 619063,    Dallas, TX 75261-9063
13547820      #+Penn Credit Corp.,    916 S. 14th St.,    Harrisburg, PA 17104-3425
13547821       +Sears CBSD,    P.O. Box 6282,    Sioux Falls, SD 57117-6282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13547804       +E-mail/Text: notices@burt-law.com Jul 28 2018 02:33:22      Brit J. Suttell, Esquire,
                 1060 Andrew Dr.,    Ste. 170,    West Chester, PA 19380-5601
13547805       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2018 02:39:33      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
13547806       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2018 02:38:14      Capital One Bank,
                 P. O. Box 30285,    Salt Lake City, UT 84130-0285
13581465        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2018 02:38:15
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13547811       +E-mail/Text: abovay@creditmanagementcompany.com Jul 28 2018 02:32:46      Credit Management Co.,
                 2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
13547812       +E-mail/Text: kthomas@eriefcu.org Jul 28 2018 02:31:38      Erie Federal Credit Union,
                 1959 E. 36th St.,    Erie, PA 16510-2663
13554873       +E-mail/Text: kthomas@eriefcu.org Jul 28 2018 02:31:38      Erie Federal Credit Union,
                 1109 East 38th Street,    Erie, PA 16504-1845
13547813       +E-mail/Text: collections@widgetfinancial.com Jul 28 2018 02:32:11      Erie General Electric,
                 Federal Credit Union,    2154 E. Lake Road,    Erie, PA 16511-1140
13547815       +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 02:39:26      GE Capital Retail Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 103106,    Roswell, GA 30076-9106
13593565        E-mail/Text: camanagement@mtb.com Jul 28 2018 02:31:29      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240
13547819       +E-mail/Text: egssupportservices@alorica.com Jul 28 2018 02:32:28      NCO Financial Systems,
                 4740 Baxter Rd.,    Virginia Beach, VA 23462-4484
13643217        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:38:56
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA 23541
13642352        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:38:19
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13567356       +E-mail/Text: csidl@sbcglobal.net Jul 28 2018 02:32:47      Premier Bankcard/Charter,    POB 2208,
                 Vacaville, CA 95696-8208
13547822       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 28 2018 02:32:09      U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
13547823       +E-mail/Text: BankruptcyNotice@upmc.edu Jul 28 2018 02:32:59      UPMC Hamot,    201 State Street,
                 Erie, PA 16550-0001
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             M&T BANK
cr             M&T Bank
cr*           +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*            ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
```

```
District/off: 0315-1           User: vson                  Page 2 of 2                  Date Rcvd: Jul 27, 2018
                               Form ID: pdf900             Total Noticed: 38

13555525      ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                           TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor     M&T BANK andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor     M&T Bank andygornall@latouflawfirm.com
              Ann E. Swartz    on behalf of Creditor     M&T Bank ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor     M&T Bank ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor     M&T Bank bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor     M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor     M&T BANK bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor     M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor     M&T Bank mcohen@mwc-law.com
              Michael S. Jan Janin    on behalf of Joint Debtor Alicia Kay Skinner mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Michael S. Jan Janin    on behalf of Debtor Michael Scott Skinner mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 13
```