IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-10049TPA |
| | : | |
| MICHAEL SCOTT SKINNER AND | : | THE HON. THOMAS P. AGRESTI |
| ALICIA KAY SKINNER, his wife | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| MICHAEL SCOTT SKINNER | : | DOCUMENT NO. |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.      The Debtors have made all payments required by the Chapter 13 Plan.

2.      Include whichever one of the two following statements applies:

   __X__   The Debtors are not required to pay any Domestic Support Obligations.

   _____   The Debtors are required to pay Domestic Support Obligations and the Debtors
have paid any amounts payable under a Court Order or Statute that were due on or
before the date of this Certification (including amounts due before the petition
was filed, but only to the extent provided for in the Plan).

3.      The Debtors are entitled to a discharge under the terms of Section 1328 of the
Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case
within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code.  Section
1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.      On May 16, 2018, at Docket No. 43, Debtors complied with Federal Rule of Bankruptcy
Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional
Course in Personal Financial Management*, with the *Certificate of Completion* attached
to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*:

__X__     Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

_____     Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.


Dated: July 25, 2018          By:      */s/Michael Scott Skinner*_____
                                        Debtor/Michael Scott Skinner


                              QUINN, BUSECK, LEEMHUIS, TOOHEY
                              & KROTO, INC.

Dated: July 31, 2018          By:      */s/Michael S. JanJanin*_____
                                        Michael S. Jan Janin, Esq.
                                        Pa. I.D. No. 38880
                                        2222 West Grandview Boulevard
                                        Erie, PA 16506-4508
                                        Phone:  (814) 833-2222, Ext. 1045
                                        Phone:  (814) 314-1051 (Direct)
                                        Fax:  (814) 833-6753
                                        Email:  mjanjanin@quinnfirm.com
                                        Attorneys for Debtor, Michael Scott Skinner


#1143940