IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-10049TPA |
| | : | |
| MICHAEL SCOTT SKINNER AND | : | THE HON. THOMAS P. AGRESTI |
| ALICIA KAY SKINNER, his wife | : | |
|    Debtors | : | CHAPTER 13 |
| | : | |
| MICHAEL SCOTT SKINNER | : | DOCUMENT NO. |
|    Movant | : | |
| | : | |
|    v. | : | |
| | : | |
| NO RESPONDENT | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   __X__  The Debtors are not required to pay any Domestic Support Obligations.

   _____  The Debtors are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 16, 2018, at Docket No. 81, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*:

  X    Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

  ___   Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: July 25, 2018           By:    */s/Michael Scott Skinner*
                                       Debtor/Michael Scott Skinner


                                       QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

Dated: July 25, 2018           By:    */s/Michael S. JanJanin*
                                       Michael S. Jan Janin, Esq.
                                       Pa. I.D. No. 38880
                                       2222 West Grandview Boulevard
                                       Erie, PA 16506-4508
                                       Phone: (814) 833-2222, Ext. 1045
                                       Phone: (814) 314-1051 (Direct)
                                       Fax: (814) 833-6753
                                       Email: mjanjanin@quinnfirm.com
                                       Attorneys for Debtor, Michael Scott Skinner

#1143940